**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RICHARD QUICK,

      Plaintiff,

v.                                    CASE NO.  4:15cv477-RH/GRJ

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

This case is before the court on the magistrate judge's report and

recommendation, ECF No. 8.  No objections have been filed.

A court has inherent authority to impose reasonable procedural requirements

in an effort to manage the docket.  Here the magistrate judge ordered the *pro se*

plaintiff to file an amended complaint and to provide specific information.  The

plaintiff did not comply with the order, despite repeated extensions of time and

repeated explanations by the magistrate judge designed to bring about compliance.

The magistrate judge and I make every effort to manage *pro se* cases in a manner

that allows claims to be fairly resolved on the merits.  But even a *pro se* litigant

must meet us halfway.  Here the plaintiff has made it impossible to determine whether he has a colorable claim.

Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on March 10, 2016.

s/Robert L. Hinkle_____
United States District Judge